IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNETTE JENNINGS o/b/o | : | |
| TARRELLE RONALD THOMAS | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| ANDREW SAUL, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 20-1953 |

## ORDER

**AND NOW**, this 16th day of February, 2021, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that:

1. Plaintiff's request for review (Document No. 14) is **GRANTED**.

2. The ALJ's decision is reversed and the Claimant, Tarrelle Ronald Thomas, remained disabled until March 14, 2018.

3. The case is remanded so that the Commissioner can pose an accurate hypothetical question to a vocational expert in order for the Commissioner to determine properly whether the Claimant remained disabled after March 14, 2018.

**BY THE COURT**:

   */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge