IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNETTE JENNINGS o/b/o | : | CIVIL ACTION |
| TARRELLE RONALD THOMAS | : | |
| v. | : | |
| ANDREW SAUL, | : | |
| Commissioner of the | : | |
| Social Security Administration | : | NO. 20-1953 |

### ORDER

**AND NOW**, this 29th day of March, 2021, upon consideration of Plaintiff's Motion for Reconsideration (Document No. 21), the Commissioner's Response thereto (Document No. 22), Plaintiff's Sur-Reply (Document No. 23), and for the reasons contained in the court's Memorandum Opinion of today, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

**BY THE COURT**:

 */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge